# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                           :          NO.  683
                                                 :
ORDER  AMENDING RULES             :          CIVIL PROCEDURAL RULES
1910.4, 1910.16, 1910.16-4,          :
1910.17, 1920.1, 1920.13, 1920.15,:          DOCKET
1920.31, 1920.51, 1920.52,           :
1920.54, 1920.56, AND 1920.74    :
OF THE PENNSYLVANIA RULES  :
OF CIVIL PROCEDURE                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2018, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 47 Pa.B. 2540 (May 6, 2017):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1910.4, 1910.16, 1910.16-4, 1910.17, 1920.1, 1920.13, 1920.15, 1920.31, 1920.51, 1920.52, 1920.54, 1920.56, and 1920.74 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.